Stephanie L. Quinn (SBN 216655)
Corey M. Day (SBN 311021)
Murphy, Campbell, Alliston & Quinn
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
squinn@murphycampbell.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION,
dba Amtrak

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE DE LA MORA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (DBA AMTRAK) and Does 1 to 50,<br><br>Defendants. | Case No. 5:17-cv-03673-NC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: February 15, 2017 |

IT IS HEREBY STIPULATED, by and between Plaintiff ARLENE DE LA MORA ("Plaintiff") and NATIONAL RAILROAD PASSENGER CORPORATION (DBA AMTRAK) ("Defendant") by and through their respective counsel of record, that the entire above-captioned action be **dismissed without prejudice**. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

DATED: September 12, 2017

THE BOCCARDO LAW FIRM, INC.

By _____
JOHN C. STEIN
Attorney for Plaintiff

- 1 -
STIPULATED REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON

| | | |
|---|---|---|
| DATED: September 13, 2017 | | MURPHY, CAMPBELL, ALLISTON & QUINN |

By: _____
STEPHANIE L. QUINN
COREY M. DAY
Attorney for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (DBA AMTRAK)

### ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above referenced matter, U.S.D.C., Northern District, Cal. Case No. 5:17-cv-03673-NC are hereby dismissed without prejudice

IT IS SO ORDERED.

DATED: September 13, 2017

_____
HON. NATHANAEL M. COUSINS
MAGISTRATE



GRANTED
Judge Nathanael M. Cousins